Land Finance Corporation, Appellant, *v.* Aaron L. Jacoby, Individually and as Sheriff of Kings County, Respondent.

(Argued April 22, 1935; decided May 21, 1935.)

*Leopold Blumberg* for appellant.

*Reginald S. Hardy, Gardiner Conroy* and *Joseph A. Solovei* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS. CROUCH, LOUGHRAN and FINCH, JJ.